**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
ALESSANDRO RAMIREZ,

                Plaintiff,                23 **CIVIL** 9450 (JPO)

    -against-                  **JUDGMENT**

CITY OF NEW YORK,

                Defendant.
-----------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion & Order dated March 24, 2025, Defendant's motion for judgment on the pleadings dismissing the complaint is GRANTED; accordingly, this case is closed.

**Dated:**  New York, New York
          March 24, 2025

                                      **TAMMI M. HELLWIG**
                                        **Clerk of Court**

       **BY:**

                                          **Deputy Clerk**